IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR<br><br>                     Plaintiff,<br><br>v.<br><br>TRANS UNION LLC<br><br>                     Defendants. | C.A. NO. 3:03-CV-00252 GLG |

**TRANS UNION LLC'S OBJECTION TO MAGISTRATE
JUDGE'S ORDER AND SPECIFIC IDENTIFICATION
OF MAGISTRATE JUDGE'S RULING**

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, pursuant to Fed.R.Civ.P. 72(a) and Local Rule 72.2, objects to the Magistrate Judge's September 23, 2003 Order deeming Plaintiff's Requests for Admissions admitted (Exhibit "A"), and moves this Court pursuant to Fed.R.Civ.P. 36(b) to withdraw admissions to Requests for Admissions 1, 4, 5, and 9.  *See* Exhibit "B."  This request is timely pursuant to Fed.R.Civ.P. 72(a) and Local Rule 72.2 because Trans Union was not served with the September 23, 2003 Order until by the Court, and only became aware of this Order when a copy was sent to Trans Union's counsel on November 7, 2003.  *See* Exhibit "C," Declaration of Bruce S. Luckman, Esq.

Specifically, this Court should set aside the Magistrate Judge's ruling, and allow Trans Union's denials of Requests for Admissions to stand as follows:

> 1. In early December, 2002, plaintiff and her husband were denied credit to acquire a car.
> **RESPONSE: Admitted in part and denied in part.  Trans Union admits Plaintiff was denied credit for a car but denies Plaintiff has a husband.  Plaintiff's <u>wife</u> was not denied credit. *See* deposition of Timothy Rourke, BCI representative.**
>
> 4. Defendant took plaintiffs credit report off line in or after May, 2002.

>**RESPONSE: Denied.  Plaintiff's credit report was on line and furnished to at least one third party in December 2002.  *See* deposition of Timothy Rourke, BCI representative.**
>
>5.    Defendant took plaintiffs credit report off line in or after May, 2002, because plaintiffs wife had sued defendant.
>**RESPONSE: Denied.  *See* 4 above.**
>
>9. Defendant intentionally did not provide plaintiff with his consumer disclosure when he requested it in December, 2002.
>**RESPONSE: Denied.  *See* Trans Union's Answer.**

The reasons and authorities for this objection are set forth more fully in the annexed Specific Identification of Ruling and Memorandum of Law.

        Respectfully Submitted,

_____
BRUCE S. LUCKMAN (ct 10830)
SATZBERG, TRICHON,
 KOGAN & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688
email: bluckman@mstkw.com

*Local Counsel:*

Ira W. Bloom, Esq. (ct 07629)
WAKE, SEE, DIMES & BRYNICZKA
27 Imperial Ave., P.O. Box 777
Westport, CT 06881-0777
(203) 227-9545; Fax: (203) 226-1641
email: ibloom@wsdb.com

*Counsel for Defendant,*
*Trans Union LLC*

DATED:    November 12, 2003