IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| WILLIAM SPECTOR | |
|---|---|
| Plaintiff, | |
| v. | C.A. NO. 3:03-CV-00252 GLG |
| TRANS UNION LLC | |
| Defendants. | |

FILED
Nov 13  9 45 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### TRANS UNION LLC'S OBJECTION TO MAGISTRATE JUDGE'S ORDER AND SPECIFIC IDENTIFICATION OF MAGISTRATE JUDGE'S RULING

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, pursuant to Fed.R.Civ.P. 72(a) and Local Rule 72.2, objects to the Magistrate Judge's September 23, 2003 Order deeming Plaintiff's Requests for Admissions admitted (Exhibit "A"), and moves this Court pursuant to Fed.R.Civ.P. 36(b) to withdraw admissions to Requests for Admissions 1, 4, 5, and 9. See Exhibit "B." This request is timely pursuant to Fed.R.Civ.P. 72(a) and Local Rule 72.2 because Trans Union was not served with the September 23, 2003 Order until by the Court, and only became aware of this Order when a copy was sent to Trans Union's counsel on November 7, 2003. See Exhibit "C," Declaration of Bruce S. Luckman, Esq.

Specifically, this Court should set aside the Magistrate Judge's ruling, and allow Trans Union's denials of Requests for Admissions to stand as follows:

> 1. In early December, 2002, plaintiff and her husband were denied credit to acquire a car.
> **RESPONSE: Admitted in part and denied in part. Trans Union admits Plaintiff was denied credit for a car but denies Plaintiff has a husband. Plaintiff's <u>wife</u> was not denied credit. *See* deposition of Timothy Rourke, BCI representative.**
>
> 4. Defendant took plaintiffs credit report off line in or after May, 2002.

[handwritten margin notes: "Objection overruled because, inter alia, it is untimely." "Using..."]