*United States District Court*
*District of Connecticut*
*FILED AT     NEW HAVEN*

*1/30, 2004*
*Kevin F. Rowe, Clerk*
*Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR | |
| Plaintiff, | C.A. NO. 3:03-CV-00252 GLG |
| v. | |
| TRANS UNION LLC | |
| Defendant. | Dated: January 30, 2004 |

### TRANS UNION LLC'S MOTION FOR SUMMARY JUDGMENT

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, moves this Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment. Trans Union is entitled to summary judgment because there is no issue of material fact and Trans Union is entitled to judgment as a matter of law. The reasons and authorities for this motion are set forth more fully in the attached Local Rule 9(c)1 Statement, Memorandum of Law in Support of Motion for Summary Judgment and exhibits thereto, and the Declaration of Robert Motlasz and exhibits thereto.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC<br><br>Defendants. | C.A. NO. 3:03-CV-00252 GLG |

### CERTIFICATE OF SERVICE

Bruce S. Luckman, Esq., hereby certifies that he caused a true and correct copy of the foregoing Motion for Summary Judgment, Local Rule 9(C)(1) Statement, Memorandum of Law, and Exhibits thereto, to be sent on this date, *via* U.S. Mail, postage prepaid, to the following:

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422
(203) 772-0395

*Counsel for Plaintiff*

_____
BRUCE S. LUCKMAN (ct 10830)

DATED:    January 30, 2004