UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                                            CASE NO. 3:03CV 252 (GLG)

TRANS UNION LLC                               February 19, 2004

### MOTION ON CONSENT TO EXTEND TIME

The plaintiff moves for an extension of time until March 8, 2004 to respond to defendant's Motion for Summary Judgment. For cause, the motion was not docketed by the Clerk's office until recently, leading to confusion about whether or when it was filed.

This is the plaintiff's first motion for extension on the Summary Judgment Motion. Defendant does not object.

THE PLAINTIFF

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
   j.faulkner@snet.net

This is to certify that the foregoing was mailed on February 19, 2004, postage prepaid, to:

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St  30th floor
Philadelphia PA 19103-3699

_____
Joanne S. Faulkner

2/24/04: Motion GRANTED.
Gerard L. Goettel, USDJ