UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                                          CASE NO. 3:03CV 252 (GLG)

TRANS UNION LLC                              March 8, 2004

PLAINTIFF'S MOTION TO STRIKE  MOTLASZ AFFIDAVIT

Pursuant to  the teachings of De Cintio v. Westchester County Medical Center, 821 F.2d 111, 114 (2d Cir. 1987), plaintiff moves to strike as inadmissible the Affidavit of Robert Motlasz, and to erase or seal Exhibit 2 thereto, submitted in support of defendant's Motion for Summary Judgment. The Motlasz Affidavit is appended to Defendant's Memorandum

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1
(203) 772-0395

This is to certify that the foregoing was mailed on March 6, 2004, postage prepaid, to:

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St  30th floor
Philadelphia PA 19103-3699

____/s/ Joanne S. Faulkner___
Joanne S. Faulkner