IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR<br><br>                  Plaintiff,<br><br>v.<br><br>TRANS UNION LLC<br><br>                  Defendants. | C.A. NO. 3:03-CV-00252 GLG |

## TRANS UNION LLC'S RULE 26 INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Trans Union LLC ("Trans Union") hereby provides the following information:

    A.    The Name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

        1.    Plaintiff.

                (information concerning credit applications and disposition of such applications; communications between plaintiff and TransUnion; communications between plaintiff and credit grantors.)

        2.    Eileen Little, Group Manager, Trans Union Consumer Relations, Crum Lynne, PA

                (information regarding Plaintiff's communications to TransUnion and the information contained in Plaintiff's consumer reports and consumer disclosures generated by TransUnion.)

        3.    Designated representatives of plaintiffs' credit grantors and potential credit grantors.

                (information concerning applications and disposition of such applications; communications between credit grantors and defendant.)

# SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.
## ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

NEW JERSEY OFFICE

CHERRY HILL

**BRUCE S. LUCKMAN**
Direct Dial: (215) 575-7622
Facsimile: (215) 575-7688
e-mail: bluckman@mstkw.com

August 27, 2003

**VIA FedEx**

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422

RE: **William Spector v. Trans Union LLC**
**C.A. NO. 303-CV-00252 GLG**

Dear Joanne:

Enclosed please find Trans Union's Supplemental Initial Disclosures in the above matter, which identifies and attaches the History Search Summaries you requested. Also, the following list identifies each operator who appears on the History Search Summaries: c9499 - Dawn Reeps; c5165 - Regina Sorenson; c6958 - Annie Nesmith; c4522 - Julie Brennan; c4169 - Erin Feeney; and c8597 - Steve Newnom. The operators are each employed by Trans Union in Pennsylvania.

Very truly yours,

SATZBERG, TRICHON,
KOGAN & WERTHEIMER, P.C.

BRUCE S. LUCKMAN

Enclosures

cc: Ira Bloom, Esq. (w/ enc.)

Case 3:03-cv-00252-RNC   Document 41-2   Filed 03/08/2004   Page 3 of 4

SEARCH
FIN: 07075637  SSN: 043 38 8489                    COMMENT: **Y**
LAST: SPECTOR              WILLIAM
ADDR:
                            CT                     ARCHIVE: N (Y/N)

  NAME: SPECTOR             WILLIAM         B
  ADDR: 81        GRISSOM                RD
     **MAN**CHESTER                  CT   06040
  SSN: 043 38 8489  AGE/DOB: 0552  SPOUSE/SSN: RACHEL
GROUP-CMD:
CMD    TRAN-TYPE    I-D CONTROL-NUM  DATE-REC ST ST-DATE    PR  Z52 LOC   OPER
     NEW201-A          07075637-008  12/17/02 CL 12/18/02 PR      03  C4169
     SP-001            07075637-007  12/21/01 CN 12/21/01         03  C8597
     D/C               07075637-006  12/19/01 CN 12/21/01         03  C4522
     LTRUNI            07075637-005  11/09/01 CL 11/13/01 PR      03  C6958
     LTRUNI            07075637-004  11/09/01 CL 11/13/01 PR      03  C6958
     LTR054            07075637-003           CL 11/13/01 PR      03  C6958
     D/C             A 07075637-002  11/09/01 CL 11/30/01 PR      03  C6958

NEXT-CODE:    SUB-CODE:    KEY:
1=CPT     3=ADD 4=CMT 5=BCK 6=FWD 7=PRV 8=NXT 9=FRC 10=SRH 11=CFD 12=ESC
**604I FIN IS LOCKED.**

# Notice of Electronic Availability of Case File Information
# CM/ECF IMPLEMENTATION
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

The United States District Court for the District of Connecticut implemented electronic case management (CM/ECF) in October 2003. **As of January 5, 2004, when filing original paper documents with the court, all counsel of record are required to supply a PDF formatted version of the document on a computer disk. Disks will be returned to counsel by mail if a return envelope is supplied or counsel may retrieve disks from the clerks office.** In early 2004, the court will begin accepting electronically filed pleadings in selected cases. The content of electronically filed pleadings will be available on the Court's Internet website via WebPACER. Any subscriber to WebPACER will be able to read, download, store and print the full content of electronically filed documents. The clerk's office will not make available electronically filed documents that have been sealed or otherwise restricted by Court order. Attorneys of record in a case will be given one free access. For additional access opportunities and for other interested viewers there are minimal charges associated with case access and the requirement of a WebPACER password.

When submitting electronic documents, *you should not include sensitive information in any document filed with the Court* unless such inclusion is necessary and relevant to the case. You must remember that any personal information not otherwise protected will be made available over the Internet via WebPACER. If sensitive information must be included, the following personal data identifiers must be **partially redacted** from the pleading by the filer, whether it is filed in the conventional manner (in paper) or electronically: *Social Security numbers to the last four digits, financial account numbers to the last four digits, dates of birth to the year, names of minor children to the initials and home addresses to the city and state.*

In compliance with the E-Government Act of 2002, a party wishing to file a document containing the personal data identifiers specified above may file a motion to file an unredacted document under seal. This document shall be retained by the Court as part of the record. The Court may, however, still require the party to file a redacted copy for the public file. In addition, exercise caution when filing documents that contain the following:

A. Personal identifying number, such as driver's licence number;
B. Medical records, treatment and diagnosis;
C. Employment history;
D. Individual financial information;
E. Proprietary or trade secret information; and
F. Information regarding an individual's cooperation with the government.

**Counsel are strongly urged to share this notice with all clients** so that an informed decision about the inclusion of certain materials may be made. If a redacted document is filed, it is the **sole responsibility of counsel and the parties** to be sure that all pleadings comply with the rules of this Court requiring redaction of personal data identifiers. **The clerk will not review each pleading for redaction.**

## SPECIAL NOTICE TO SOCIAL SECURITY ATTORNEYS
*You should not include sensitive information, including social security numbers, in documents filed electronically. It is your responsibility to provide the U.S. Attorney's Office with the social security number of the plaintiff upon the filing and service of a new social security complaint. This may be accomplished by writing to: AUSA Ann M. Nevins, U.S. Attorney's Office, 915 Lafayette Blvd., Room 309, Bridgeport, CT 06604.*

☞