Dispute Processing Reference Manual

## PRIORITY PROCESSING

*Lawsuits and other legal documents*
- Summons and Complaint that names TransUnion as defendant
- "Plaintiff's Claim" that names TransUnion as defendant
- Subpoenas that require appearance or production of business records
- IRS (Internal Revenue Service) Summons
- An existing FIN that is locked due to "*legal*"
- An existing FIN that has an ident code "L"

*Government agency complaints*
- Addressed to TransUnion and typed on the agency's letterhead, letter should indicate that consumer filed a complaint with them against TransUnion.
- An existing FIN that is locked due to "*government complaints*"
- An existing FIN that has ident code "G"

*Escalated Disputes*
- Management/executive complaints
- An existing FIN that is locked due to "*escalated dispute (extensive)*"
- An existing FIN that has an ident code "P"

*Monetary Compensation*
- When a consumer demands *monetary compensation, payment for damages or reimbursement for costs incurred*

*Government Officials*
- When the consumer is a judge, senator, congressman, or any government official.

*Arbitration Requests*
- When correspondence is received from an arbitration association regarding a consumer's dispute or complaint.

## MAINTENANCE

*Maintenance requests* should be sent on authentic company letterhead and corresponding envelope. These documents also include Universal Data Forms and bullseye reports. A search should be done with the personal information in CRS for a possible FIN. If there is no FIN, forward to 200 Spring Lake Cove, Jackson MS 39208, TransUnion's National Maintenance Center. If a FIN is found, the correction can be made as directed by the creditor.



*This is the property of TransUnion. It is intended for internal use only and it is not to be distributed outside of TransUnion without prior approval. Revised 10/01.*

Produced in AHERN v. Trans Union Pursuant to Order Dated October 23, 2002

TU-302