# Joanne S. Faulkner
ATTORNEY AT LAW

123 AVON STREET NEW HAVEN, CT 06511-2422   TELEPHONE (203) 772-0395   j.faulkner@snet.net

July 15, 2003

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St  30th floor
Philadelphia PA 19103-3699

Re: W. Spector v. TransUnion

Dear Bruce:

Enclosed is your cousin's verification. Also enclosed are denial letters from BCI, Chase, M&T, and Charter One.

Your initial disclosures indicate a file disclosure was sent to him, but he has never received one. By comparing the disclosures with his bankruptcy petition, you will be able to tell which tradelines are incorrect, i.e., should be reporting as bankruptcy with no rating.

Meanwhile, TU's responses to discovery are overdue and it has therefore waived any objections. Please provide the responses no later than July 18, 2003.

Thanks.

Yours truly,

Joanne S. Faulkner

# Letter Explanation List

**BUSINESS REPORT REQUEST** (LTR 012)   This letter should be sent when a business has written to us requesting for a copy of their credit report. You may receive an adverse action letter that references TransUnion as the credit reporting agency with a business as the addressee. This occurs when a company applies for credit, an individual person offers their credit history as a reference or is the sole responsible party, then the credit grantor pulls a copy of the individual's credit history.

**ADDRESS NOT ON FILE** (LTR 019)   This letter is sent when the consumer is providing us with an address that does not appear on the consumer's credit file as a current or a previous address.

**FILE ALREADY SENT** (LTR 028 & 029)   This letter is sent to the consumer when a copy of their credit report has been sent out within the last 30 days. Ltr 028 states that a copy of the report was processed by our Fullerton office and ltr 029 states the Springfield/Crum Lynne office received and processed the credit report request.

**THIRD PARTY REQUEST** (LTR 031)   This letter is sent if someone other than the consumer is requesting a copy of a credit report.

**PROOF OF SOCIAL REQUEST** (LTR 042)  This letter is sent when proof of a consumer's social security number is required.

**NEED MORE INFORMATION** (LTR 057)   This letter should be sent when the consumer did not provide enough identifying information to process the disclosure request, or if an operator receives "no hit" (no files returned for the consumer).

**NO INDICATION OF DENIAL** (LTR 063)   This letter should be sent when no companies have viewed a consumer's report within the last 90 days.

**DISPUTE CURRENTLY OPEN** (LTRUNI 97IU2141-560)   This letter is sent when the consumer requests a copy of their credit report and they have a dispute currently open.

*This is the property of TransUnion. It is intended for internal use only and it is not to be distributed outside of TransUnion without prior approval. Revised 07/01.*

17   Produced in AHERN v. Trans Union Pursuant to Order Dated October 23, 2002   TU-276

```
DISP/CORR                CONSUMER RELATIONS SYSTEM
CNTL: 07075637           COMMENT DISPLAY AND ENTRY              KKCRO110   006

CONSUMER: SPECTOR                    WILLIAM            B
COPY COMMENT:
OPER-ID: C8597                              STATUS DATE : 12/21/01

        LOCKED FOR REASON (P): PRIORITY/ESCALATED COMPLAIN
        TS




        2=RTN           5=BCK 6=FWD
```

```
DISP/CORR                CONSUMER RELATIONS SYSTEM
CNTL: 15810254           COMMENT DISPLAY AND ENTRY            KKCRO110   006

CONSUMER: SPECTOR                    WILLIAM         B
COPY COMMENT:
OPER-ID: C5165                              STATUS DATE : 01/02/03

        LOCKED FOR REASON (P): PRIORITY/ESCALATED COMPLAIN
        TS




        2=RTN           5=BCK 6=FWD
```

```
DISP/CORR              CONSUMER RELATIONS SYSTEM
                        HISTORY SEARCH SUMMARY           KKHSO010  072
SEARCH
FIN: 07768509 SSN: 043 38 8489                   COMMENT: Y
LAST: SPECTOR                WILLIAM
ADDR:
                                  CT             ARCHIVE: N (Y/N)
    NAME: SPECTOR                 WILLIAM           B
    ADDR: 81       GRISSOM                          RD
          MANCHESTER              CT  06040
    SSN: 043 38 8489  AGE/DOB: 0552  SPOUSE/SSN: ***************
                                                                  MORE
GROUP-CMD:
  CMD    TRAN-TYPE      I-D CONTROL-NUM  DATE-REC ST ST-DATE   PR Z52 LOC OPER
         CC-DSC             07768509-003          CL 12/21/01 PR     03  C8597
         COR              A 07768509-002 12/21/01 CM 12/21/01        03  C8597
         I-DSC            A 07768509-001 12/21/01 CL 12/21/01     52 03  C8597




NEXT-CODE:    SUB-CODE:    KEY:
1=CPT        3=ADD 4=CMT 5=BCK 6=FWD 7=PRV 8=NXT 9=FRC 10=SRH 11=CFD 12=ESC
```

```
SEARCH
FIN: 07075637 SSN:                                    COMMENT: Y
LAST:
ADDR:
                                                      ARCHIVE: N (Y/N)
    NAME: SPECTOR              WILLIAM        B
    ADDR: 81       GRISSOM                    RD
          MANCHESTER           CT   06040
    SSN: 043 38 8489  AGE/DOB: 0552  SPOUSE/SSN: RACHEL
GROUP-CMD:
                              File #   TRANSACTION #      STATUS              PRINTED
CMD   TRAN-TYPE     I-D CONTROL-NUM   DATE-REC ST ST-DATE    PR  Z52  LOC OPER
      LTRUNI  ⎫            07075637-005 11/09/01 CL 11/13/01 PR        03  C6958
      LTRUNI  ⎬ LETTERS    07075637-004 11/09/01 CL 11/13/01 PR        03  C6958
      LTR054  ⎭            07075637-003          CL 11/13/01 PR        03  C6958
      D/C = Dispute/Correction  A 07075637-002 11/09/01 CL 11/30/01 PR 03  C6958
      I-DSC               A 07075637-001 11/09/01 CL 11/13/01     52   03  C6958
      INTERNAL
       Disclosure
                        represents         CL = closed       Location that worked file
                        ATTORNEY file                        03 = Springfield KNA Crumlynn

NEXT-CODE:    SUB-CODE:    KEY:
1=CPT      3=ADD 4=CMT 5=BCK 6=FWD 7=PRV 8=NXT 9=FRC 10=SRH 11=CFD 12=ESC
604I FIN IS LOCKED.
```

Handwritten annotations:
- "i codes define special files"
- "z 52 (z) = ATTORNEY file"
- "PR = PRINTED"

```
SEARCH
FIN: 15810254 SSN:                              COMMENT: Y
LAST:
ADDR:
                                                ARCHIVE: N (Y/N)
     NAME: SPECTOR              WILLIAM          B
     ADDR: 81       GRISSOM                RD
           MANCHESTER               CT   06040
     SSN: 043 38 8489  AGE/DOB: 0552  SPOUSE/SSN:
GROUP-CMD:
 CMD    TRAN-TYPE     I-D CONTROL-NUM DATE-REC ST ST-DATE   PR Z52 LOC OPER
        I-DSC          L 15810254-010 08/19/03 CL 08/19/03     56  03  C9499
        SP-008           15810254-009 03/04/03 CL 03/04/03 IM     03  C9499
        CC-DSC           15810254-008          CL 03/04/03 NP     03  C9499
        COR            L 15810254-007 02/27/03 CM 03/04/03        03  C9499
        I-DSC          L 15810254-006 02/27/03 CL 03/03/03     56  03  C9499
        SP-003           15810254-005 03/03/03 CL 03/03/03 IM     03  C9499
        SP-001           15810254-004 03/03/03 CL 03/03/03 IM     03  C9499
                                                              MORE
```

Handwritten annotations: "CORRECTED COPY" pointing to SP-008 / CC-DSC; "COR → Correction"

```
NEXT-CODE:     SUB-CODE:     KEY:
1=CPT     3=ADD 4=CMT 5=BCK 6=FWD 7=PRV 8=NXT 9=FRC 10=SRH 11=CFD 12=ESC
604I FIN IS LOCKED.
```