**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

```
------------------------------------X
WILLIAM SPECTOR,                    :
                                    :
               Plaintiff,           :
                                    :    No. 3: 03 CV 252 (GLG)
        -against-                   :
                                    :
TRANS UNION LLC,                    :
                                    :
               Defendant.           :
------------------------------------X
```

**NOTICE TO COUNSEL**

    The above-entitled case was reported to the Court to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, a judgment will be entered on **June 4, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Waterbury, Connecticut, **May 5, 2004.**

                                      /s/
                               **GERARD L. GOETTEL**
                               **SENIOR UNITED STATES DISTRICT JUDGE**