**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

```
------------------------------------X
WILLIAM SPECTOR,                    :
                                    :
              Plaintiff,            :
                                    :    No. 3: 03 CV 252 (GLG)
         -against-                  :
                                    :          ORDER
TRANS UNION LLC,                    :
                                    :
              Defendant.            :
------------------------------------X
```

Defendant's Motion for Summary Judgment [Doc. #36], Plaintiff's Motion to Strike Motlasz Affidavit [Doc. #40] and Defendant's Motion to Supplement its Motion for Summary Judgment [Doc. #46] are **denied** in light of the reported settlement.

       **SO ORDERED**

**Dated:   May 5, 2004**                         /s/
        **Waterbury, CT**        **GERARD L. GOETTEL**
                           **SENIOR UNITED STATES DISTRICT JUDGE**