UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM SPECTOR,                    :
                                    :
        Plaintiff,                  :
                                    :    CASE NO. 3:03CV252(RNC)
v.                                  :
                                    :
                                    :
TRANS UNION LLC                     :
                                    :
        Defendant.                  :


J U D G M E N T

On May 5, 2004, counsel reported that this case had been settled.  The parties were ordered to submit closing papers on or before June 4, 2004, and were informed that the action would be dismissed if closing papers were not filed on or before that date.  As of today, no closing papers have been filed. Accordingly, this action is hereby dismissed with prejudice but without costs.

So ordered.

Dated at Hartford, Connecticut this    day of June 2004.


                              /s/RNC
                          Robert N. Chatigny
                       United States District Judge